**MARIE-ANN GREENBERG, MAG-1284**
**MARIE-ANN GREENBERG, STANDING TRUSTEE**
**30 TWO BRIDGES ROAD, SUITE 230**
**FAIRFIELD, NJ 07004**
**(973) 227-2840**
Chapter 13 Standing Trustee

|  |  |
|---|---|
| In the matter of:                                      : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| **MARIE-ANN GREENBERG, TRUSTEE** : Chapter 13 Bankruptcy | In Bankruptcy B- |
| : | STATEMENT OF UNDISTRIBUTED BALANCE |
| **Bankruptcy**                                        : | |

| Case # | Judge | Debtor's Name | Claim # | Creditor Name | Amount | Reason |
|---|---|---|---|---|---|---|
| 05-25925 | DHS | Gary Turner | 0003 | City of Newark | $1,967.30 | Not Cashing |

October 27, 2006
To be Deposited into Can X600          /s/Marie-Ann Greenberg
                                       **MARIE-ANN GREENBERG**
                                       **STANDING TRUSTEE**